## Re: SECOND ATTEMPT Re: Summons and Complaint. Service for Defendant Pittman in Civil Action in US Federal Court.

---

From    YPittman@berkeley.edu  <ypittman@berkeley.edu>

To      jfafo@protonmail.com <JFAFO@protonmail.com>

CC      MPerez@berkeley.edu

Date    Thursday, May 16th, 2024 at 2:12 PM

---

I am in receipt of your email. You can serve me at the United States Capitol Police. 119 D Street NE Washington DC 20510.

Yogananda Pittman

On Tue, May 14, 2024 at 12:49 PM JFAFO <JFAFO@protonmail.com> wrote:
> **SECOND ATTEMPT.**
> Chief Yogananda Pittman,
> & Executive Assistant Maria Perez,
>
> Chief Yogananda Pittman has been named as a defendant in DC Federal Court for her actions before, during, and after 01/06/2021.
>
> Plaintiff, myself, has engaged in a wide range of attempts (detailed in my previous email sent to you May 06, 2024 at your berkely.edu email addresses) to provide notice of this action against Pittman, and to provide her a copy of the complaint filed with, and summons issued by, the DC District Court.
>
> Due to the protests on the steps of her place of work, 1 Sproul Hall, obstructing access to the building, and due to multiple failed attempts by process servers to deliver these documents to Chief Pittman at this location and others; I am requesting that Chief Pittman, or Executive Assistant Perez, or any other authorized recipient for Chief Pittman, respond to this second inquiry and either;
>
> 1. Confirm receipt of the summons and complaint emailed to them on May 06, 2024.
>
>    or
>
> 2. Coordinate a time and place to accept personal service of these documents.
>
> Note: **Federal Courts have consistently recognized that the primary goal of service of process is to notify a defendant of the pendency of an action, thereby enabling them to respond and defend themselves. It has been established that the rules governing service of process "are not designed to create an obstacle course for Plaintiffs to navigate, or a cat-and-mouse game for defendants who are otherwise subject to the court's jurisdiction." (TRW Inc. v. Derbyshire, 157 F.R.D. 59, 60 (D. Colo. 1994)).**
>
> Please respond acknowledging receipt of this email.

Alan Fischer

813-838-1299

[JFAFO@protonmail.com](mailto:JFAFO@protonmail.com)

_____

On Monday, May 6th, 2024 at 4:50 PM, JFAFO <[JFAFO@protonmail.com](mailto:JFAFO@protonmail.com)> wrote:

Chief Yogananda Pittman,

& Executive Assistant Maria Perez,

After multiple failed attempts to notify and serve Chief Pittman at the UCPD Berkeley Department, and at Pittman's Brandywine MD and Oakland CA addresses; please acknowledge receipt of the following summons and complaint attached to this email. The complaint has also been sent by USPS Certified Mail to the department, the MD and CA residential addresses, and the USCP's representative, the USAO for DC.

Please respond acknowledging receipt of these documents.

Alan Fischer

813-838-1299