

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9505514790064138990962

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:35 am on May 22, 2024 in WASHINGTON, DC 20510.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20510
May 22, 2024, 11:35 am

### Arrived at Post Office
WASHINGTON, DC 20018
May 22, 2024, 8:11 am

### Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER
May 22, 2024, 5:42 am

### In Transit to Next Facility
May 21, 2024

### Arrived at USPS Facility
TAMPA, FL 33630
May 17, 2024, 8:48 pm

### Departed USPS Facility

- LAKELAND, FL 33803
  May 17, 2024, 4:43 pm

- **USPS in possession of item**
  LAKELAND, FL 33803
  May 17, 2024, 11:41 am

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates ⌄ |

| USPS Tracking Plus® ⌄ |

| Product Information ⌄ |

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]