USPS Tracking®      FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701055031046

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Moving Through Network**
**In Transit to Next Facility, Arriving Late**
May 5, 2024

**Arrived at USPS Origin Facility**
TAMPA, FL 33630
May 1, 2024, 11:34 pm

**USPS in possession of item**
LAKELAND, FL 33803
May 1, 2024, 4:24 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄



| Product Information | ⌄ |
|---|---|

See Less ⌃

Remove ✕

**Tracking Number:**

# 9589071052701055031060

Copy    Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

## Latest Update

We attempted to deliver your item at 3:04 pm on June 3, 2024 in LAKELAND, FL 33801 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning June 4, 2024. If this item is unclaimed by June 18, 2024 then it will be returned to sender.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivery Attempt: Action Needed**
**Notice Left (No Authorized Recipient Available)**
LAKELAND, FL 33801
June 3, 2024, 3:04 pm

**Arrived at Post Office**
LAKELAND, FL 33815
June 3, 2024, 6:52 am

**Arrived at USPS Facility**
LAKELAND, FL 33815
June 3, 2024, 5:48 am

**Departed USPS Facility**
LAKELAND, FL 33805
June 3, 2024, 5:19 am

**Arrived at USPS Facility**
LAKELAND, FL 33805
June 2, 2024, 10:02 pm

**Departed USPS Regional Facility**

YBOR CITY FL DISTRIBUTION CENTER
June 2, 2024, 8:53 pm

**Arrived at USPS Regional Origin Facility**

YBOR CITY FL DISTRIBUTION CENTER
June 2, 2024, 2:08 pm

**Arrived at USPS Regional Destination Facility**

MERRIFIELD VA DISTRIBUTION CENTER
May 31, 2024, 7:04 pm

**Unclaimed/Being Returned to Sender**

BRANDYWINE, MD 20613
May 21, 2024, 1:18 pm

**Reminder to Schedule Redelivery of your item before May 18, 2024**

May 9, 2024

**Notice Left (No Authorized Recipient Available)**

BRANDYWINE, MD 20613
May 4, 2024, 5:49 pm

**Out for Delivery**

BRANDYWINE, MD 20613
May 4, 2024, 9:50 am

**Arrived at Post Office**

BRANDYWINE, MD 20613
May 4, 2024, 9:39 am

**Departed USPS Facility**

TAMPA, FL 33630
May 3, 2024, 3:13 am

**Arrived at USPS Origin Facility**

TAMPA, FL 33630
May 1, 2024, 11:34 pm

**USPS in possession of item**

LAKELAND, FL 33803
May 1, 2024, 4:27 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More

Remove ✕

**Tracking Number:**

# 9589071052701055031022

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:13 am on May 8, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

　　**USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 8, 2024, 5:13 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Remove ✕

**Tracking Number:**

# 9589071052701055031039

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item arrived at our USPS facility in KANSAS CITY KS NETWORK DISTRIBUTION CENTER on June 4, 2024 at 1:54 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Moving Through Network

**Arrived at USPS Regional Facility**
KANSAS CITY KS NETWORK DISTRIBUTION CENTER
June 4, 2024, 1:54 am

**Arrived at USPS Regional Facility**
KANSAS CITY MO DISTRIBUTION CENTER
June 3, 2024, 5:45 pm

**Arrived at USPS Regional Facility**
KANSAS CITY KS NETWORK DISTRIBUTION CENTER
May 30, 2024, 8:42 am

**In Transit to Next Facility**
May 29, 2024

**In Transit to Next Facility**
May 29, 2024, 4:57 pm

**Arrived at USPS Regional Facility**
OAKLAND CA DISTRIBUTION CENTER
May 28, 2024, 12:47 pm

**Return to Sender Processed**
OAKLAND, CA 94609
May 25, 2024, 11:13 am

**Reminder to Schedule Redelivery of your item**
May 15, 2024

**Notice Left (No Authorized Recipient Available)**
OAKLAND, CA 94609
May 9, 2024, 4:19 pm

**Out for Delivery**

OAKLAND, CA 94609
May 9, 2024, 7:14 am

**Arrived at Post Office**

OAKLAND, CA 94609
May 9, 2024, 7:03 am

**Arrived at USPS Facility**

TAMPA, FL 33630
May 1, 2024, 11:34 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs