# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALAN E. FISCHER III, et al.**, Plaintiffs, v. **DISTRICT OF COLUMBIA, et al.**, Defendants. | Case No. 24-cv-00044 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [ECF 13] District Defendants' Motion to Dismiss is GRANTED. It is further

**ORDERED** that [ECF 20] Federal Defendants' Motion to Dismiss is GRANTED. It is further

**ORDERED** that [ECF 22] Plaintiff's Motion for Leave to File Amended Complaint *Nunc Pro Tunc* is DENIED. It is further

**ORDERED** that [ECF 29] Plaintiff's Motion for Extension of Time to Request Class Certification and [ECF 30] Plaintiff's Motion for Class Certification are DENIED as moot.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: March 24, 2025