UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALAN E. FISCHER III,   CIVIL ACTION NO. 1:24-cv-00044
JOHN DOES 1-10,000

    Plaintiffs,
v.

DISTRICT OF COLUMBIA,   CIVIL RIGHTS
US CAPITOL POLICE DEPARTMENT,   CLASS ACTION
US CAPITOL POLICE BOARD,   FOR DAMAGES &
MURIEL BOWSER,   DECLARATORY
NANCY PELOSI,   RELIEF
STEVEN SUND,
YOGANANDA PITTMAN,   JURY TRIAL
ERIC WALDOW,   DEMANDED
THOMAS LOYD,
JOHN DOE USCP OFFICERS 1-50,
ROBERT GLOVER,
DANIEL THAU,
JAMES CRISMAN,
JOHN DOE D.C. MPD OFFICERS 1-50,
*individually and in their official capacities,*

    Defendants,
_____/

## PLAINTIFFS' REPLY MEMORANDUM

    Plaintiff, Alan E. Fischer III, hereby responds to the defendants' Memorandum in Opposition to Plaintiff's Motion for Reconsideration. [D.E. #39].

    Plaintiff advises the court that he will stand on the statements and arguments made in his original Motion for Reconsideration of Order of Dismissal [D.E. #33]. Plaintiff does not agree with nor does he concede any of the arguments raised by the defense in its opposition. Plaintiff's position on reconsideration is adequately expressed in the original motion.

1

2

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify on the 24th day of June 2025 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

        Austin Carr, P.A.
        6314 Engram Road
        New Smyrna Beach, FL 32169
        austin@austincarrlaw.com
        786-282-2882

        /s/ Stephen Austin Carr, Esq.

        U.S. District Court for D.C. Bar No: FL00141
        Florida Bar No: 440833

3